# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
06/09/2017
CT Log Number 531373740

**TO:** Linda Allen
United Services Automobile Association
9800 Fredericksburg Rd # E-3-E
San Antonio, TX 78288-0002

**RE:** **Process Served in New York**

**FOR:** USAA General Indemnity Company  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Terrance R. Wray, Pltf. vs. USAA General Indemnity Company, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Return(s), Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Fairfield County Court of Common Pleas, OH<br>Case # 2017CV00434 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/09/2017 postmarked on 06/05/2017 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 28 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Karl Snyder<br>Buttars, Richardson & Snyder LLC<br>6059 Frantz Road, Suite 201<br>Dublin, OH 43017<br>937-985-3066 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/09/2017, Expected Purge Date: 06/14/2017<br><br>Image SOP<br><br>Email Notification,  Linda Allen  linda.allen@usaa.com<br><br>Email Notification,  Stacey Villarreal  Stacy.Villarreal@usaa.com<br><br>Email Notification,  Melissa Garcia  Melissa.Garcia2@usaa.com<br><br>Email Notification,  Cassandra Merla-Campillo  Cassandra.Merla-Campillo@usaa.com<br><br>Email Notification,  Alexandria Harvey-Mendoza  Alexandria.Harvey@internal.usaa.com<br><br>Email Notification,  Abby Mancha  Abby.Mancha@usaa.com |
| **SIGNED:** | C T Corporation System |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 **CT Corporation**

**Service of Process Transmittal**
06/09/2017
CT Log Number 531373740

**TO:** Linda Allen
United Services Automobile Association
9800 Fredericksburg Rd # E-3-E
San Antonio, TX 78288-0002

**RE:** **Process Served in New York**

**FOR:** USAA General Indemnity Company  (Domestic State: TX)

**ADDRESS:** 111 8th Ave Fl 13
New York, NY 10011-5213
**TELEPHONE:** 212-590-9070

Page 2 of  2 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

*Court of Common Pleas*
*Fairfield County*
BRANDEN C. MEYER, Clerk of Courts
224 East Main Street
Lancaster, Ohio 43130

**CERTIFIED MAIL®**

9414 7266 9904 2084 9709 84



U.S. POSTAGE PITNEY BOWES

ZIP 43130  $ 008.76⁰
02 1W
0001402449 JUN 05 2017

Thank you for using Return Receipt Service

POSTMASTER
PLEASE FORWARD

2017 CV 00434
P000 1238 58

CT CORPORATION SYSTEM
111 8TH AVENUE, 13TH FLOOR
MARIE HAUER
NEW YORK, NY 10011

RETURN RECEIPT REQUESTED
SS
WHERE DELIVERED

**Court of Common Pleas, Fairfield County, Lancaster, Ohio**
# SUMMONS
Rule 4 1970 Ohio Rules of Civil Procedure
**Case No. 2017 CV 00434**
**JUDGE DAVID A TRIMMER**


**TERRANCE R WRAY**

                                    327 PAGODA COURT
                                    PICKERINGTON OH 43147


            **Plaintiff**
              **vs.**

**USAA GENERAL INDEMNITY COMPANY**         9800 FREDERICKSBURG ROAD
                                    SAN ANTONIO TX 78288


            **Defendant**


To the above named defendant USAA GENERAL INDEMNITY COMPANY;

   You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the plaintiff named herein.

   You are required to serve upon the plaintiff attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on Plaintiff=s attorney is as follows:

                    **KARL SNYDER**
            **BUTTARS, RICHARDSON & SNYDER LLC**
                **6059 FRANTZ ROAD, SUITE 201**
                    **DUBLIN, OH 43017**


   If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

                        Branden C. Meyer, Clerk

                        By_____
                        Deputy

Received this writ on the_____day of _____ ,20____, at _____
o=clock___ M., and on the____day of_____20____, I served the same on the
within named by

_____

_____

## RETURN OF SERVICE OF SUMMONS (PERSONAL)

**Fees**

Service $_____

Mileage _____

Total   $_____

Date:_____

I received this summons _____20 __, at ___o=clock
__.M.  And made personal service of it upon_____
By locating him-them and tendering a copy of summons and
accompanying documents, on_____20__.

_____

Sheriff, Bailiff, Process Server
By_____
                                            Deputy

## RETURN OF SERVICE OF SUMMONS (RESIDENCE)

**Fees**

Service $_____

Mileage _____

Total   $_____

Date:_____

I received this summons on_____20,__,at___o=clock
__.M. and made residence service of it upon the defendant(s)

_____

By leaving, at his-their usual place of residence with

_____

A person of suitable age and discretion then residing therein,
a copy of the summons, a copy of the complaint and
and accompanying documents, on_____.

_____

Sheriff, Bailiff, Process Server
By_____
                                            Deputy

## RETURN OF SERVICE OF SUMMONS (FAILURE TO SERVICE)

I received this summons on_____20__,
at___o=clock__.m. with instructions to make personal-residence
upon the defendant (s)_____

_____

And I was unable to serve a copy of the summons
upon_____for the following reason:_____

_____

Sheriff, Bailiff, Process Server
By_____
__
                                            Deputy

# IN THE COMMON PLEAS COURT OF FAIRFIELD COUNTY, OHIO

**FILED**

| | |
|---|---|
| TERRANCE R. WRAY<br>327 Pagoda Court<br>Pickerington, Ohio 43147 | 2017 JUN -2 AM 8: 05 |
| | BRANDEN C. MEYER<br>CLERK OF COURTS<br>FAIRFIELD CO. OHIO |
| Plaintiff, | |
| v. | Case No: 17 CV 434 |
| USAA GENERAL INDEMNITY COMPANY<br>9800 Fredricksburg Road<br>San Antonio, Texas 78288 | JUDGE: JUDGE TRIMMER |
| also serve at: | |
| CT CORPORATION SYSTEM<br>111 8th Avenue, 13th Floor<br>Marie Hauer<br>New York, New York 10011 | |
| Defendants. | |

## COMPLAINT FOR MONEY DAMGES AND OTHER RELIEF

### JURY DEMANDED HEREON

Now comes the Plaintiff Terrance Wray, (hereinafter called "Mr. Wray"), which for his

Complaint against the Defendant USAA General Indemnity Company (hereinafter called

"USAA") states as follows:

## INTRODUCTION

1. Mr. Wray purchased Renter's Insurance and a Valuable Personal Property rider covering
   five items of valuable jewelry from USAA.

2. Three of the insured items of jewelry were stolen on June 5, 2016 from Mr. Wray's
   vehicle.

1

3. USAA refused to honor its obligations under the insurance policy by severely undervaluing the jewelry and claiming it could not verify that Mr. Wray owned the jewelry.

4. USAA's conduct during its investigation and refusal to uphold its obligations under the insurance policy without justification amount to bad faith.

5. Therefore, Mr. Wray brings claims for USAA's breach of contract and the tort of bad faith in handling Mr. Wray's insurance claim for all of Mr. Wray's damages, for punitive damages, and for his attorney's fees and costs.

**GENERAL ALLEGATIONS**

6. Mr. Wray incorporates all other paragraphs of his Complaint by reference as though fully written here.

7. Mr. Wray is a natural person residing at 327 Pagoda Court Pickerington, Ohio 43147.

8. USAA is a corporation licensed under the laws of the State of Texas with its principal place of business in Texas.

9. USAA issues and provides renter's insurance including special coverage for valuable personal property.

10. At all times material, Mr. Wray and USAA were engaged in a renter's insurance policy contract; policy number GIC 18397184 90C ("Renter's Insurance"). A copy of the Renter's Insurance contract is attached hereto as Exhibit A and is incorporated herein.

11. At all times material, Mr. Wray and USAA were engaged in a valuable personal property rider contract; policy number GIC 18397184 90C ("VPP"). A copy of the VPP is attached hereto as Exhibit B and is incorporated herein.

12. The Renter's Insurance and VPP provided coverage for jewelry from theft.

2

13. As part of the process of purchasing insurance with USAA, USAA required that Mr. Wray have the specific items of jewelry he wished to insure against loss appraised.

14. Mr. Wray cooperated with the process of obtaining complete appraisals for his jewelry.

15. Mr. Wray first purchased an appraisal of his jewelry from American Gem Institute in New York.

16. USAA rejected the appraisals and required Mr. Wray to acquire an appraisal of the jewelry from a graduate gemologist with specific information as to the weight of the metals and gems and the specific number and quality of gems in each piece.

17. Mr. Wray complied and purchased a Retail Replacement Appraisal for his jewelry from Northern Appraisal Services.

18. A Mr. Mitchell Dustin, a graduate gemologist from the Gemological Institute of America and certified gemologist appraiser with the American Gem Society prepared the Retail Replacement Appraisal for Mr. Wray.

19. Mr. Wray submitted the appraisal, which included pictures of the items to be insured, to USAA which used the appraisal to reevaluate the limits of liability for Mr. Wray's VPP.

20. USAA informed Mr. Wray that it would require receipts for items purchased within the last five years before it would insure those newer items.

21. As a result, Mr. Wray removed a luxury diamond gold watch from coverage under the policy; he did not have a receipt for its purchase and feared it would not be covered if lost.

22. The other items Mr. Wray had purchased well over five years ago.

23. USAA sent Mr. Wray a new declaration page reflecting limits of liability for the specific items in line with the Retail Replacement Appraisal.

3

24. USAA did not update the general descriptions of the specific items covered in the new declaration page to match the Retail Replacement Appraisals specific descriptions of the weight of valuable metals and number, weight, and quality of gems for the covered jewelry. A copy of the new declaration page is attached hereto as Exhibit C and incorporated herein.

25. Mr. Wray also sent USAA multiple pictures of the jewelry as part of the process in obtaining the insurance.

26. Mr. Wray purchased insurance from USAA for five pieces of jewelry: one rose gold plated white gold diamond bracelet, one yellow gold diamond bracelet, one yellow gold diamond ring, one rose gold plated white gold diamond ring, and one rose gold plated white gold diamond chain.

27. On or about June 5, 2016, Mr. Wray's car was broken into and jewelry covered by USSA insurance was stolen. A copy of the police report Mr. Wray filed on June 6, 2016 and a later added addendum is attached hereto as Exhibit D and is incorporated herein.

28. Among other items, the yellow gold diamond bracelet, the rose gold plated white gold diamond chain, and the rose gold plated white gold diamond ring were stolen from Mr. Wray's vehicle parked in front of his home.

29. Mr. Wray reported the loss to USAA on June 6, 2016 by telephone.

30. Mr. Wray and USAA then communicated concerning the loss by messages through Mr. Wray's online portal with USAA.

31. USAA assigned the claim the number 018397184-90C-003.

32. USAA required Mr. Wray to amend his statement on the police report to include more detailed information about the specific items stolen.

4

33. Mr. Wray complied and provided the police with more information about the specific items stolen.

34. USAA also required Mr. Wray to submit an itemized list of everything stolen from his vehicles, appraisals of the jewelry again, pictures of Mr. Wray wearing the jewelry, details on servicing of the jewelry Mr. Wray had purchased in the past, and receipts for the appraisals he purchased.

35. Mr. Wray complied and sent USAA the information requested except for receipts relating to the purchase of the jewelry.

36. Mr. Wray contacted the jeweler from whom he purchased the jewelry, but the jeweler was unable to provide Mr. Wray with receipts of his purchases.

37. An investigator from USAA interviewed Mr. Wray concerning the loss.

38. An investigator called Mr. Wray's girlfriend and asked if the jewelry was fake, among other questions.

39. In January of 2017, USAA messaged Mr. Wray and informed him that they could not verify that Mr. Wray owned the jewelry that USAA insured.

40. In January of 2017, USAA told Mr. Wray that the descriptions of the jewelry in his policy did not match the appraisals and descriptions of the stolen jewelry Mr. Wray lost.

41. In January of 2017, USAA issued Mr. Wray a check for $16,065.88 for what it claimed to be standard pricing for the lost jewelry.

42. The valuable personal property rider scheduled limits of liability of $61,000.00 for the rose gold plated white gold diamond chain, $60,200.00 for the yellow gold diamond bracelet, and $16,000.00 for the rose gold plated white gold diamond ring.

43. On or about May 3, 2017, Mr. Wray requested to speak with a manager with USAA concerning his claim.

44. On or about May 17, 2017, an individual from USAA contacted Mr. Wray and told him the description of the items covered did not match the descriptions in the new declaration page, and that Mr. Wray could have gone to any jewelry store and purchased an appraisal on an item of interest in order to obtain insurance coverage.

45. USAA had no basis to blame Mr. Wray for its failure to update the descriptions of the items in the VPP or to believe that Mr. Wray did not own the jewelry items.

46. USAA failed to honor Mr. Wray's claim as to the VPP without justification.

47. USAA had ample evidence before it insured the items and during its investigation which established Mr. Wray owned the jewelry.

48. USAA attempted to require Mr. Wray to produce evidence that did not exist as to his ownership.

49. Mr. Wray still possesses the other the pieces of jewelry that USAA insured, the rose gold plated white gold diamond bracelet and the yellow gold diamond ring.

50. Mr. Wray does not possess the gold diamond watch that USAA originally insured.

51. USAA delayed unnecessarily, failed to perform an adequate investigation into Mr. Wray's ownership of the stolen property, and then denied his claim without justification.

52. Mr. Wray was damaged by USAA's actions described herein.

53. Mr. Wray is entitled to all his actual damages, punitive damages, and his attorney fees and costs in an amount to be proven at trial to exceed $25,000.00.

## COUNT ONE
## BREACH OF CONTRACT

54. Mr. Wray incorporates all other paragraphs of his Complaint by reference as though fully written here.

55. The Renter's Insurance and VPP are enforceable contracts between Mr. Wray and USAA.

56. Coverage of claims is material to any insurance policy including the Renter's Insurance Mr. Wray purchased from USAA.

57. USAA failed to cover Mr. Wray's claim for coverage of the three items of jewelry that he lost without justification.

58. USAA breached the Renter's Insurance and VPP when it refused to cover Mr. Wray's claim for the loss of the three items of jewelry.

59. Mr. Wray fully performed his obligations under the insurance policy by paying the monthly premium on time.

60. Mr. Wray was damaged by USAA's material breach.

61. For all the foregoing reasons, Mr. Wray is entitled to his expectation damages under the Renter's Insurance and Valuable Personal Property Rider in an amount to exceed $25,000.00.

## COUNT TWO
## BAD FAITH DENIAL OF CLAIM

62. Mr. Wray incorporates all other paragraphs of his Complaint by reference as though fully written here.

63. Defendant denial of coverage for the three items of jewelry without justification constitutes bad faith.

7

64. USAA, the insurer, has a duty to act in good faith in the settlement of claims by Mr. Wray, the insured.

65. USAA had no arguable reason and no lawful basis to deny Mr. Wray's claim as it pertained to his lost jewelry.

66. As a direct and proximate cause of USAA's bad faith denial of Mr. Wray's claim, Mr. Wray suffered damages to exceed $25,000.00.

67. For all the foregoing reasons, Mr. Wray is entitled to all his damages, punitive damages, and his attorney's fees and costs.

## COUNT THREE
## UNJUST ENRICHMENT

68. USAA's retention of the money it was required to pay Mr. Wray pursuant to the insurance policy without justification is unjust.

69. Mr. Wray paid USAA money to insure his valuable personal property.

70. USAA failed to pay Mr. Wray the full amounts to which he was entitled.

71. USAA has been unjustly enriched in an amount to be proven at trial and to exceed $25,000.00.

72. Mr. Wray is entitled to his damages in the amount of at least the money USAA has wrongfully retained in an amount to exceed $25,000.00.

## DEMAND AGAINST DEFENDANT

**WHEREFORE** Plaintiff prays the Court:

a. Assume jurisdiction of this case;

b. Award Plaintiff actual damages in an amount to be determined at trial;

c. Award Plaintiff the maximum economic, non-economic, actual, general, other, and statutory damages sought under each Count;

8

d. Award Plaintiff punitive damages as appropriate;

e. Grant Plaintiff the costs of this litigation, including filing fees and reasonable attorney's fees; and

f. Grant all other relief the Court deems appropriate.

Respectfully Submitted,

BUTTARS, RICHARDSON & SNYDER LLC

Karl Snyder (0091219)
Randy Richardson (0034456)
*Attorneys for Plaintiffs*
6059 Frantz Road, Suite 201
Dublin, Ohio 43017
PH: 937-985-3066
karl@abkslaw.com
randy@abkslaw.com

## JURY TRIAL DEMANDED

Plaintiff respectfully requests a jury trial on all triable issues.

Karl Snyder (0091219)

9

PAGE  1
MAIL MACH-I



# RENTERS POLICY PACKET

GIC   01839 71 84 REN 001
EFFECTIVE: 02-16-16 TO: 02-16-17

TERRANCE R WRAY
327 PAGODA CT
PICKERINGTON OH 43147-7945

## IMPORTANT MESSAGES

Attached are your policy documents and other information you may find helpful concerning your insurance coverages and premiums. Please take a few minutes to review them, and then file them with your policy records.



**THIS IS NOT A BILL.** Any premium charge or return for this policy will be reflected on your next regular monthly statement.

RECEIVE THIS DOCUMENT AND OTHERS ELECTRONICALLY.  SIGN UP AT usaa.com.

FOR U.S. CALLS:   POLICY SERVICE 1-800-531-8722.   CLAIMS 1-800-531-8722.

**Thank you for letting us serve you. We appreciate your business.**

RPCS1

64831-0907

THIS PAGE INTENTIONALLY LEFT BLANK

PAGE 3



USAA GENERAL INDEMNITY COMPANY

MAIL MACH-I

**9800 Fredericksburg Road – San Antonio, Texas 78288**
**RENTERS PROTECTION POLICY DECLARATIONS**
The Policy is complete only when the following are combined: Policy Packet **(Part One)**, Declarations Page **(Part Two)**,
**GENERAL PROVISIONS** and when purchased, **PERSONAL PROPERTY** and/or **PERSONAL LIABILITY.**

**PART TWO**

**Named Insured and Basing Address**
TERRANCE R WRAY
327 PAGODA CT
PICKERINGTON, OH 43147-7945
COUNTY: FAIRFIELD

**Policy Number**
GIC  01839 71 84  REN 001

POLICY PERIOD: FROM 02/16/16 TO 02/16/17        (12:01 A.M. Standard Time at location of the property described)

| PERSONAL PROPERTY | | | Premium |
|---|---|---|---|
| DEDUCTIBLES<br>We cover only that part of the loss over the deductible stated. | | Limit of Liability | |
|   OTHER PERILS      $     250<br>  EARTHQUAKE        $  3,000 | | $  20,000 | $200.57 |

| PERSONAL LIABILITY | | | |
|---|---|---|---|
| Coverages | | Limit of Liability | |
| **LIABILITY** | Each Occurrence | $  100,000 | $40.97 |
| **MEDICAL PAYMENTS TO OTHERS** | Each Person | $    5,000 | |

| OPTIONAL COVERAGES | | |
|---|---|---|
| | | |
| | | |

| TOTAL ANNUAL PREMIUM | | $241.54 |
|---|---|---|

PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL. STATEMENT TO FOLLOW.

TOTAL PRORATED RETURN      $86.52

Forms and endorsement(s) made a part of this policy at time of issue or amendment.
IN FORCE: ESA (0205), R-IDF (0703), R-MCOV (0609), R-OH (0699), R-20 (0486)
  RP-MLD (0803), RP-1 (0486), RP-3 (0486), RP-6 (0486)

Loss Payable Clause: Loss, if any, will be paid to you and

as interests may appear.

In WITNESS WHEREOF, this policy is signed on  02/24/16

Steven Alan Bennett, Secretary

Alan W. Krapf, President

RP-D  4-86  (REV. 3-04)

(THIS PAGE INTENTIONALLY LEFT BLANK)

**RP-D  4-86  (REV. 3-04)**



USAA GENERAL INDEMNITY COMPANY

**RENTERS PROTECTION POLICY DECLARATIONS**

|  | **Policy Number** | **Policy Term:** | 02/16/16 | 02/16/17 |
|---|---|---|---|---|
| GIC | 01839 71 84 REN 001 | | **Inception** | **Expiration** |

```
YOUR PREMIUM HAS BEEN REDUCED BY THE FOLLOWING CREDITS AND DISCOUNTS:
AUTO/RENTERS COMBINATION                                      $26.84
CLAIMS FREE DISCOUNT                                          $76.28
```

**RP-DOF (01-97)**

LAST PAGE 6

GIC 01839 71 84 REN 001

(THIS PAGE INTENTIONALLY LEFT BLANK)

**RP-DOF (01-97)**

PAGE   1
MAIL MACH-I

02-15-16



**VALUABLE PERSONAL PROPERTY**
A Personal Articles Floater

**Valuable Personal Property Packet**
**VPP-CS1 (02–06)**

GIC    01839 71 84    90C
02-16-16  TO:   02-16-17

TERRANCE R WRAY
327 PAGODA CT
PICKERINGTON OH 43147-7945

### IMPORTANT MESSAGES

Refer to your Declarations, Policy, Schedule and endorsements to verify that coverages, limits, and other policy details are correct and meet your insurance needs. Required information forms are also enclosed for your review.

1) USAA considers many factors when determining your premium. Maintaining your property to reduce the probability of loss is one of the most important steps you can take. A history of claim activity may affect your coverage.



EXHIBIT B

This is not a bill. Any premium charge or return for this policy will be reflected on your next regular monthly statement. For U.S. Calls: Policy Service (800) 531–8111. Claims (800) 531–8222.
Receive this document and others electronically. Sign up at usaa.com.

VPP-CS1                                                    50528-0206

THIS PAGE INTENTIONALLY LEFT BLANK

PAGE 3
MAIL MACH-I



9800 Fredericksburg Road • San Antonio, Texas 78288

USAA GENERAL INDEMNITY COMPANY

**USAA®**

**VALUABLE PERSONAL PROPERTY**
A Personal Articles Floater

**DECLARATIONS**
NEW

**Named Insured and Primary Residence**

TERRANCE R WRAY
327 PAGODA CT
PICKERINGTON, FAIRFIELD, OH  43147

**Policy Number**

GIC     01839 71 84    90C

Policy Period: 02-16-16  -  02-16-17 From 12:01 A.M. Standard Time at the property location.

| CLASS OF PERSONAL PROPERTY | CLASS LIMIT OF LIABILITY | CLASS ANNUAL PREMIUM |
|---|---|---|
| 1. a. JEWELRY – Blanket Coverage | | |
| 1. b. JEWELRY – Scheduled Coverage | $248,000 | |
| 2. FURS | | $2,978.00 |
| 3. SILVERWARE | | |
| 4. FINE ARTS | | |
| 5. CAMERAS | | |
| 6. MUSICAL INSTRUMENTS | | |
| 7. GUNS | | |
| 8. STAMP COLLECTIONS | | |
| 9. COIN COLLECTIONS | | |

TOTAL ANNUAL PREMIUM    $2,978.00

PREMIUM DUE AT INCEPTION.

THIS IS NOT A BILL.
Statement to follow.

Policy and Endorsements that are part of your contract with us.

| | | |
|---|---|---|
| VPP-P | (02-06) | VALUABLE PERSONAL PROPERTY |
| VPP-QR CGG | (02-06) | QUICK REFERENCE |
| VPP-S | | SCHEDULE |

In Witness Whereof, this policy is signed on    02-15-16

**VPP-D (10–12)**

Steven Alan Bennett, Secretary

Alan W. Krapf, President     50499-0812__04



9800 Fredericksburg Road • San Antonio, Texas 78288

GIC   01839 71 84

PAGE   4
90C

**USAA®**

**VALUABLE PERSONAL PROPERTY**
A Personal Articles Floater

**SCHEDULE**

02-16-16  **TO:**  02-16-17

| ITEM NUMBER | DESCRIPTION | LIMIT OF LIABILITY |
|---|---|---|
| | SCHEDULED JEWELRY | |
| 001 | GOLD ROLAX YATCH MASTER 2, 45 KARATS, VS, G-H COLOR | $95,000 |
| 002 | 768 GRAMS, 10K GOLD, CUBAN LINK, 62 KARAT, ROUND DIAMOND | $50,000 |
| 003 | BRACELET, 42 KARAT, 14K ROSE GOLD, PRINCESS CUT ROUND, SI-2, H COLOR | $40,000 |
| 004 | BRACELET, 60 KARATS, GOLD, ROUND DIAMOND, SI-2, G-H COLOR | $45,000 |
| 005 | RING. 7 KARAT, PRINCESS ROUND DIAMONDS, SI, H COLOR | $7,000 |
| 006 | RING. 11 KARAT, ROUND CUT DIAMONDS, SI, H COLOR | $11,000 |

VPP-S

50527-0206



9800 Fredericksburg Road • San Antonio, Texas 78288

GIC    01839 71 84

PAGE    5
90C

**USAA®**

**VALUABLE PERSONAL PROPERTY**
A Personal Articles Floater

**QUICK REFERENCE**

This policy is a legal contract between you and us. It consists of a **Declarations, Schedule, Policy** and any applicable endorsements.

Your contract insures the classes of personal property shown on the **Declarations** with a **CLASS LIMIT OF LIABILITY.** It insures the items shown on the **Schedule** and with a DESCRIPTION and LIMIT OF LIABILITY.

The **Policy** sets forth, in detail, your and our rights and obligations.

## QUICK REFERENCE

DECLARATIONS
SCHEDULE
QUICK REFERENCE

POLICY                           **Policy Page 1**
  AGREEMENT
  DEFINITIONS
  PERSONAL PROPERTY COVERAGE

                                 **Policy Page 2**
PERSONAL PROPERTY NOT COVERED
CAUSES OF LOSS COVERED
CAUSES OF LOSS NOT COVERED

                                 **Policy Page 3**
NEWLY ACQUIRED PROPERTY COVERAGE
CONDITIONS
1.  Insurable Interest and Limit of Liability
2.  Your Duties After Loss

                                 **Policy Page 4**
3.  Loss Settlement

4.  Appraisal                    **Policy Page 5**
5.  Other Insurance
6.  Suit Against Us
7.  Loss Payment
8.  Abandonment
9.  Insurance Not to Benefit Others
10. Salvage and Recovered Property
11. Concealment or Fraud
12. Liberalization Clause
13. Waiver or Change of Policy Provisions

                                 **Policy Page 6**
14. Spouse Access
15. Cancellation and Nonrenewal
    a.  Cancellation
    b.  Nonrenewal
16. Assignment
17. Subrogation
18. Death
19. No Benefit to Bailee
20. Policy Period

This is a participating policy. You are entitled to dividends as may be declared by the company's Board of Directors.

VPP-QR CGG (02-06)

50880-0206
Page 1 of 1



9800 Fredericksburg Road • San Antonio, Texas 78288

GIC    01839 71 84

PAGE    6
90C

**VALUABLE PERSONAL PROPERTY**
A Personal Articles Floater

**POLICY**
**VPP-P (02-06)**

## AGREEMENT

In return for your payment of premium and subject to all terms of this policy, we will provide the insurance described.

We cover each **CLASS OF PERSONAL PROPERTY** with a dollar amount under **CLASS LIMIT OF LIABILITY** as shown on the **Declarations**. The premium is based on the primary residence address of the Named Insured, unless an exception is indicated on the **Declarations.**

Subject to the **CLASS LIMIT OF LIABILITY** displayed on the **Declarations** and subject to the policy provisions, we cover the property insured under this policy anywhere in the world.

## DEFINITIONS

In this policy "you" and "your" refer to the "named insured" shown on the **Declarations** and the spouse when a resident of the same household.

"We," "us" and "our" refer to the Company providing this insurance.

The following defined words are in **boldface** when used.

**"Insured":** you and residents of your household who are:
1. your relatives; or
2. other persons under the age of 21 and in the care of any person named above.

**"Business":** occupation, trade or profession. This also includes:
1. the regular use of property for pay or profit;
2. items bought for the purpose of selling or trading.

**"Occurrence":** an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results in property damage during the policy period.

**"Scheduled":** an item showing a specific:
1. description; and
2. value
on the **Schedule** attached to this policy.

**"Blanket":**
1. Jewelry is covered on a **blanket** basis when this policy's **Declarations, Class of Personal Property, 1.a. Jewelry-Blanket Coverage** shows a **Class Limit of Liability.**
2. Stamps and Coins are covered on a **blanket** basis when the item description on this policy's **Schedule** includes the word **blanket.**

## PERSONAL PROPERTY COVERAGE

The following classes of personal property are covered, if a **CLASS LIMIT OF LIABILITY** is shown on the **Declarations.**

1. **Jewelry:** personal adornment composed in whole or in part of silver, gold, platinum or other precious metals and alloys.

2. **Furs:** personal garments consisting principally of or trimmed with natural fur.

   This class includes fur jackets, coats, stoles, and neck pieces.

3. **Silverware:** sterling silverware, silver-plated ware, goldware, gold-plated ware, pewterware, platinumware and platinum-plated ware.

4. **Fine Arts:** items of rarity, artistic merit, or historical significance.

5. **Cameras:** cameras and projection equipment, including accessories and darkroom equipment.

6. **Musical Instruments:** musical instruments and their equipment and accessories.

7. **Guns:** guns and their accessories.

8. **Stamp Collections:** collections of stamps and other philatelic property.

   This class includes:
   a. due, envelope, official, revenue, match and medical stamps;
   b. covers, locals, reprints, essays, proofs; and
   c. books, pages and mountings of items in a. and b.

9. **Coin Collections:** collections of rare and current coins and other numismatic property either owned by you or in your custody or control.

   This class includes:
   a. medals, paper money, bank notes;
   b. tokens of money;
   c. coin albums, containers, frames, cards; and
   d. display cabinets in use with the collection.

## PERSONAL PROPERTY NOT COVERED

**We do not cover:**

1. Any property:
   a. while being used for **business**; or
   b. away from the residence premises for a **business** purpose.

2. Fine Arts while displayed at any exposition.

3. Gun ammunition.

## CAUSES OF LOSS COVERED

We insure against risks of direct, physical loss to covered property unless the cause of loss is not covered by this policy.

## CAUSES OF LOSS NOT COVERED

**We do not cover** loss or damage caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

1. Loss, theft or damage, arising out of any act committed:
   a. by or at the direction of any **insured**; and
   b. with the intent to cause loss or damage.

2. Neglect of any **insured** to use all reasonable means to save and preserve the property at and after the time of loss.

3. Any repairing, adjusting, servicing or maintenance operation, restoration, refinishing, renovation, or retouching.

4. Mechanical or electrical breakdown or failure.

5. Wear and tear, deterioration, inherent vice or defect.

6. Microbial organisms, including but not limited to mold, mold spores, fungus, bacterium, parasitic microorganisms and wet or dry rot.

7. War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, including any consequence of any of these.

   Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

8. Nuclear reaction, radiation or radioactive contamination, whether controlled or uncontrolled, however caused. Nor is any consequence of these covered. Loss caused by these shall not be considered loss caused by fire, explosion or smoke.

   But we **do** cover direct loss by fire resulting from nuclear reaction, nuclear radiation, or radioactive contamination.

9. Shipment of property by mail. However, we **do cover** shipment by registered mail or any other traceable delivery method.

10. **Guns:**
    a. explosion, rust, fouling, marring, or scratching;
    b. seizure or destruction under quarantine or customs regulation;
    c. confiscation by order of any government or public authority;
    d. risks of contraband or illegal transportation or trade;

e. riot, strike, labor disturbance or civil commotion.

11. **Stamp or Coin Collections:**
    a. damage from being handled or worked on.
    b. transfer of colors, fading, creasing, denting, scratching, tearing, or thinning.
    c. disappearance of individual stamps, coins or other related articles unless the item is:
       (1) **scheduled;** or
       (2) mounted in a volume and the page to which it is attached is also lost.

## NEWLY ACQUIRED PROPERTY COVERAGE

**We cover** newly acquired property of a class already insured provided the property is acquired during the policy period.

For coverage to apply to the newly acquired property, you must:
1. report the property to us within 30 days of the date acquired; and
2. pay the additional premium from the date acquired.

The most we **will pay** under this section, subject to this policy's **CONDITIONS,** is 25% of the applicable **CLASS LIMIT OF LIABILITY** shown on the **Declarations.**

If you purchased the item, we **will pay** the market cash value of the item or the amount you paid for it, whichever is less, subject to the limits described in this section.

If you acquired the item by any means other than purchasing it, we **will pay** the market cash value of the item, subject to the limits described in this section.

When a class has property covered only on a blanket basis, the most we **will pay** for a:
1. jewelry item is $2,500;
2. stamp or coin item is specified under **CONDITIONS, 3. Loss Settlement, b., (2).**

## CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:
   a. for more than the amount of the **insured's** interest at the time of the loss; or
   b. for more than the applicable **Limit of Liability.**

2. **Your Duties After Loss.** In case of a loss to which this insurance may apply, you must see that the following duties are done:
   a. promptly notify us or our agent;
   b. promptly notify the police if the loss is caused by theft or vandalism;
   c. protect the property from further damage;
   d. prepare an inventory of damaged, lost, or stolen property showing the:
      (1) quantity,

   (2) description
   (3) replacement cost with like kind and quality property, and
   (4) amount of loss.
   e. attach all bills, receipts and related documents that justify the figures in the inventory;
   f. provide proof of ownership.
   g. as often as we reasonably require:
      (1) show the damaged property;
      (2) provide us with records and documents we request and permit us to make copies;
      (3) submit to examination under oath, while not in the presence of any other **insured,** and sign the same; and
      (4) assure the attendance of employees, members of your household or others for examination under oath to the extent that it is within your power to do so.

h. send to us, within 90 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief the:
   (1) time and cause of loss;
   (2) interest of the **insured** and all others in the property involved;
   (3) name and address of any other insurance company which may cover the loss;
   (4) name and address of any lienholders; and
   (5) inventory of personal property and attachments described in 2.d. and 2.e.

3. **Loss Settlement.** Covered property losses are settled as follows:

   a. Fine Arts. **We will pay** the amount shown for each **scheduled** item which is agreed to be the value of the item.

   In case of loss to a pair or set, we agree to pay you the full amount of the set as shown in the **Schedule** and you agree to surrender the remaining articles of the set to us.

   b. Stamp Collections or Coin Collections.
   (1) In case of loss to any **schedule** item, the amount to be paid will be determined in accordance with **Loss Settlement**, c. All Other Insured Property.
   (2) When covered on a blanket basis, the most we will pay:
      (i) for any one stamp, coin or individual article, or any one pair, set, strip, block, series, sheet, cover, frame or card is $1,000; and
      (ii) for all items in the class is the LIMIT OF LIABILITY shown on the **Schedule**.
      **We will not pay:**
      (a) for the loss of the entire **blanket**, pair or set; nor
      (b) more than the market cash value at time of loss;
      because of a partial loss.

   c. All Other Insured Property. The value of the property is not agreed upon but will be determined at the time of loss or damage. In settling any claim, our limit of

liability will not exceed that shown on this policy's **Schedule** for the covered property.
   (1) It is our option to:
      (a) replace the property with property of comparable kind, quality and usefulness, without deduction for depreciation; or
      (b) pay you the cost to have the property repaired or restored to the condition it was in just before the loss.
   (2) If you do not wish to have the property replaced, repaired or restored, we **will pay you the lesser of:**
      (a) our cost to replace the property, without deduction for depreciation; or
      (b) the cost to repair or restore it.
   (3) **We will pay you** the **scheduled** limit of liability if we determine that it is not possible or feasible to replace, repair or restore the property.
   (4) In case of loss to a pair or set we may elect to:
      (a) repair or replace any part to restore the pair or set to its value before the loss; or
      (b) pay the difference between actual cash value of the property before and after the loss.
      **We will not pay** you for the loss of the entire pair or set because of a partial loss.
   (5) When covered on a blanket basis:
      (a) the value of the property will be determined at the time of loss.
      (b) the most we will pay:
         (i) for any one item in a class is $2,500; or
         (ii) for all items in the class is the **Blanket Coverage CLASS LIMIT OF LIABILITY** shown on the **Declarations.**
      The provisions under **Loss Settlement**, c. (1), (2), and (4) also apply.

d. **We will pay** for an item **only once**, either under **blanket** coverage or under **scheduled** coverage.

4. **Appraisal.** If you and we do not agree on the amount of loss, either party can demand that the amount of the loss be determined by appraisal. If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand.

   The two appraisers will then select a competent, impartial umpire. If the two appraisers are not able to agree upon the umpire within 15 days, you and we can ask a judge of a court of record in the state of your residence to select an umpire.

   The appraisers will then set the amount of the loss. If they submit a written report of any agreement to us, the amount agreed upon will be the amount of the loss. If they fail to agree within a reasonable time, they will submit their differences to the umpire.

   Written agreement signed by any two of these three will set the amount of the loss. Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by you and us.

5. **Other Insurance.** If loss or damage covered by this policy is also covered by other insurance, we will pay only as excess insurance over the other insurance.

6. **Suit Against Us.** No action can be brought against us unless you have:
   a. given us notice of the loss;
   b. complied with all other policy provisions; and
   c. started the action within one year after the date of the loss.

7. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:
   a. reach an agreement with you;
   b. there is an entry of a final judgment; or
   c. there is a filing of an appraisal award with us.

8. **Abandonment.** You may not abandon property to us for any reason.

9. **Insurance Not To Benefit Others.** No person or organization having custody of the property and to be paid for services shall benefit from this insurance.

10. **Salvage and Recovered Property.**
    a. We have an interest in the salvage value of any property for which we have made payment under the Loss Settlement provision. At our option, property that we have paid for or replaced becomes our property.
    b. If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, you may retain the property. If you retain the property, the loss payment, or any lesser amount to which we agree, must be refunded to us.

11. **Concealment or Fraud.** We do not provide coverage to any insured who, whether before or after a loss, has:
    a. intentionally concealed or misrepresented any material fact or circumstance;
    b. engaged in fraudulent conduct; or
    c. made false statements;
    relating to this insurance.

12. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated on the **Declarations.**

    This **Liberalization Clause** does not apply to changes implemented through introduction of a subsequent edition of our policy.

13. **Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

PAGE 11
GIC    01839 71 84    90C

**14. Spouse Access.** The named insured and we agree that the named insured and resident spouse are "customers" for purposes of state and federal privacy laws. The resident spouse will have access to the same information available to the named insured and may initiate the same transactions as the named insured. The named insured may notify us that he/she no longer agrees that the resident spouse shall be treated as a "customer" for purposes of state and federal privacy laws, and we will not permit the resident spouse to access policy information.

**15. Cancellation and Nonrenewal.**

  **a. Cancellation.**

    (1) You may cancel this policy at any time. However, the effective date of cancellation cannot be earlier than the date of your request to cancel.

    (2) We may cancel this policy by notifying you in writing at least 10 days before the date cancellation takes effect. This cancellation notice to you will be mailed to your last known mailing address. Proof of mailing will be sufficient proof of notice.

    (3) When you have not paid your premium, we may cancel at any time by mailing written notice to you at your last known mailing address at least 10 days before the date cancellation takes effect.

    (4) When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

    (5) If the premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

  **b. Nonrenewal.** We may elect not to renew this policy. We may do so by mailing written notice to you at your last known mailing address, at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**16. Assignment.** Assignment of this policy will not be valid unless we give our written consent.

**17. Subrogation.** An insured may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an insured must sign and deliver all related papers and cooperate with us.

**18. Death.** If you die, then with respect to property covered under this policy at that time, insured will include:

  **a.** any resident of your household who is an insured at the time of your death;

  **b.** the person having proper temporary custody of property covered by this policy until appointment and qualification of a legal representative; or

  **c.** your legal representative.

**19. No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**20. Policy Period.** This policy applies only to loss that occurs during the policy period.

Copyright, USAA, 2005. All rights reserved.
Includes copyrighted material of ISO Properties, Inc., with its permission.

GIC     01839 71 84     90C

# FRAUD WARNING

Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

GIC    01839 71 84    90C

THIS PAGE INTENTIONALLY LEFT BLANK

OHFRD(01) 3-07

PAGE 1
MAIL MACH-I

03-31-16

 **USAA®**

**VALUABLE PERSONAL PROPERTY**
A Personal Articles Floater

**Valuable Personal Property Packet**
**VPP-CS1 (02-06)**

GIC   01839 71 84   90C
04-01-16  TO:  02-16-17

TERRANCE R WRAY
327 PAGODA CT
PICKERINGTON OH 43147-7945

### IMPORTANT MESSAGES

Refer to your Declarations, Policy, Schedule and endorsements to verify that coverages, limits, and other policy details are correct and meet your insurance needs. Required information forms are also enclosed for your review.

1) USAA considers many factors when determining your premium. Maintaining your property to reduce the probability of loss is one of the most important steps you can take. A history of claim activity may affect your coverage.

This is not a bill. Any premium charge or return for this policy will be reflected on your next regular monthly statement. For U.S. Calls: Policy Service (800) 531-8111. Claims (800) 531-8222.
Receive this document and others electronically. Sign up at usaa.com.

THIS PAGE INTENTIONALLY LEFT BLANK



9800 Fredericksburg Road • San Antonio, Texas 78288

GIC    01839 71 84

PAGE    3
90C

**USAA®**

**VALUABLE PERSONAL PROPERTY**
A Personal Articles Floater

**Change Endorsement**
**VPP-CHG (10-12)**

This endorsement, effective 04-01-16          , forms a part of Policy Number GIC    01839 71 84    90C

issued to TERRANCE R WRAY                                    Date of endorsement 03-31-16

In consideration of RETURN                premium of   $722.00   it is understood and agreed that this

policy is DECREASED            by      $68,400   and the following items are hereby changed as indicated.

Thereby making the total amount of this policy    $179,600          , divided as follows:


      CLASS OF PERSONAL PROPERTY   LIMIT OF LIABILITY

   1. B. JEWELRY - SCHEDULED COVERAGE      $179,600


EXCEPT AS SPECIFICALLY MODIFIED IN THIS ENDORSEMENT, ALL PROVISIONS OF THE POLICY TO
WHICH THIS ENDORSEMEMT IS ATTACHED ALSO APPLY TO THIS ENDORSEMENT


SEE ATTACHED VPP-S FOR CHANGES TO THE SCHEDULED ITEMS.


Steven Alan Bennett, Secretary          Alan W. Krapf, President

**VPP-CHG (10-12)**

50547-0812__02
Page 1 of 1

 

9800 Fredericksburg Road • San Antonio, Texas 78288

GIC  01839 71 84

LAST PAGE  4
90C

**VALUABLE PERSONAL PROPERTY**
A Personal Articles Floater

**SCHEDULE**

TO:  02-16-17

| ITEM NUMBER | | DESCRIPTION | LIMIT OF LIABILITY |
|---|---|---|---|
| | | SCHEDULED JEWELRY | |
| 001 | DELETE | GOLD ROLAX YATCH MASTER 2, 45 KARATS, VS, G-H COLOR | $95,000 |
| 002 | CHANGE | 768 GRAMS, 10K GOLD, CUBAN LINK, 62 KARAT, ROUND DIAMOND | $61,000 |
| 003 | CHANGE | BRACELET, 42 KARAT, 14K ROSE GOLD, PRINCESS CUT ROUND, SI-2, H COLOR | $35,000 |
| 004 | CHANGE | BRACELET, 60 KARATS, GOLD, ROUND DIAMOND, SI-2, G-H COLOR | $60,200 |
| 005 | CHANGE | RING. 7 KARAT, PRINCESS ROUND DIAMONDS, SI, H COLOR | $16,000 |
| 006 | CHANGE | RING. 11 KARAT, ROUND CUT DIAMONDS, SI, H COLOR | $7,400 |



VPP-S

50527-0206

**AGENCY NAME** Pickerington Police Department

**INCIDENT NUMBER** C-16-1059

**CALL NUMBER** 160000012043  **GEOCODE** 2

**CLEARANCES**

| | | |
|---|---|---|
| A ☐ DEATH OF OFFENDER | G ☐ ARREST - JUVENILE | |
| B ☐ PROSECUTION DECLINED | H ☐ WARRANT ISSUED | |
| C ☐ EXTRADITION DENIED | I ☒ INVEST. PENDING | |
| D ☐ VICTIM REFUSED TO COOP | J ☐ CLOSED | |
| E ☐ JUVENILE/NO CUSTODY | K ☐ UNFOUNDED | |
| F ☐ ARREST - ADULT | U ☐ UNKNOWN | |

**ADMINISTRATIVE**

**TOD** 0619  ☐ INCIDENT
**TOA** 0620  ☐ OFFENSE
**TOC** 0647  ☐ SUPPLEMENT

**OHIO UNIFORM INCIDENT REPORT**

**CLEARANCE DATE** 6/05/2016  **CLEARED BY:** 413

| | REPORT DATE/TIME | | | INCIDENT OCCURRED FROM | | | | INCIDENT OCCURRED TO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR TIME |
| 06 | 05 | 2016 | 0616 | 06 | 05 | 2016 | 0616 | 06 | 05 | 2016 0616 |

**HATE / BIAS** ☒ Y  ☐ N  **EXPLAIN:** No Bias/Not Applicab

**INCIDENT LOCATION (Street, Apt, City, State, Zip)** 147 LONGLEAF ST PICKERINGTON, OH 43147

**OFFENSES**

| OFFENSE | OFFENSE CODE | A/C/F/ # & DEGREE | TYPE OF CRIMINAL ACTIVITY |
|---|---|---|---|
| 1. Theft - without consent | 2913.02A1 | C F5 | 1__ 2__ 3__ |
| 2. | | | 1__ 2__ 3__ |
| 3. | | | 1__ 2__ 3__ |
| 4. | | | 1__ 2__ 3__ |
| 5. | | | 1__ 2__ 3__ |

B - BUYING / RECEIVING
C - CULTIVATING / MFG / PUB
D - DISTRIBUTING / SELLING
E - EXPLOITING CHILDREN
O - OPER / PROMOTING / ASSIST.
P - POSSESSING / CONCEALING
T - TRANSPORT / TRANSMIT
U - USING / CONSUMING

**OFFENSE**

**LOCATION OF OFFENSE(s) (Enter up to two for each offense)**

1. 01  2.__  3.__  4.__

**RESIDENTIAL STRUCTURE**
01 SINGLE FAMILY HOME
02 MULTIPLE DWELLING
03 RESIDENTIAL FACILITY
04 OTHER RESIDENTIAL
05 GARAGE / SHED

**PUBLIC ACCESS BLDGS.**
06 TRANSIT FACILITY
07 GOVERNMENT OFFICE
08 SCHOOL
09 COLLEGE
10 CHURCH
11 HOSPITAL

12 JAIL / PRISON
13 PARKING GARAGE
14 OTHER PUBLIC ACCESS BUILDING

**COMMERCIAL LOCATIONS**
16 AUTO SHOP
16 FINANCIAL INSTITUTION
17 BARBER / BEAUTY SHOP
18 HOTEL/MOTEL
19 DRY CLEANER/LAUNDRY
20 PROFESSIONAL OFFICE
21 DOCTOR'S OFFICE
22 OTHER BUSINESS OFFICE
23 AMUSEMENT CENTER
24 RENTAL STORAGE FACILITY
25 OTHER COMMERCIAL SERVICE LOC.

**RETAIL**
26 BAR
27 BUY / SELL / TRADE SHOW
28 RESTAURANT
29 GAS STATION
30 AUTO SALES LOT
31 JEWELRY STORE
32 CLOTHING STORE
33 DRUGSTORE
34 LIQUOR STORE
35 SHOPPING MALL
36 SPORTING GOODS
37 GROCERY / SUPERMARKET
38 VARIETY / CONVENIENCE
39 DEPARTMENT STORE

40 OTHER RETAIL STORE
41 FACTORY/MILL/PLANT
42 OTHER BUILDING

**OUTSIDE**
43 YARD
44 CONSTRUCTION SITE
45 LAKE/WATERWAY
46 FIELD/WOODS
47 STREET
48 PARKING LOT
49 PARK/PLAYGROUND
50 CEMETERY
51 PUBLIC TRANSIT VEHICLE
52 OTHER OUTSIDE LOCATION
77 OTHER

**LARCENY TYPE**
23A ☐ POCKET PICKING
23B ☐ PURSE SNATCHING
23C ☐ SHOPLIFTING
23D ☐ THEFT FROM BUILDING
23E ☐ THEFT FROM COIN-OP MACH.
23F ☒ THEFT FROM MOTOR VEH.
23G ☐ MOTOR VEH. PARTS/ACCES.
24O ☐ THEFT OF MOTOR VEHICLE
23H ☐ OTHER

**SUSPECTED OF USING**
A ☐ ALCOHOL
B ☐ DRUGS
C ☐ COMPUTER EQUIP
N ☒ NOT APPLICABLE

**METHOD OF ENTRY**
1 ☐ FORCE
2 ☐ NO FORCE
NO. PREMISES ENTERED __

**METHOD OF ENTRY - MOTOR VEHICLE THEFT**
01 ☐ MOTOR RUNNING / KEYS IN CAR
02 ☒ UNLOCKED
03 ☐ DUPLICATE KEY USED
04 ☐ WINDOW BROKEN
05 ☐ TOWED
06 ☐ NOT WIRED
07 ☐ SLIM JIM / COAT HANGER
08 ☐ TUMBLERS REMOVED
09 ☐ COLUMN PEELED
10 ☐ IGNITION PEELED

**METHOD OF ENTRY - BURGLARY / B & E**

| ENTRY | EXT | ENTRY | EXT |
|---|---|---|---|
| 1 ☐ BASEMENT | | 1 ☐ DOOR | 1 ☐ FRONT ☐ |
| 2 ☐ 1ST FLOOR | | 2 ☐ WINDOW | 2 ☐ SIDE ☐ |
| 3 ☐ 2ND FLOOR | | 3 ☐ GARAGE | 3 ☐ REAR ☐ |
| 4 ☐ OTHER | | 4 ☐ SKYLIGHT | 4 ☐ ROOF ☐ |
| | | 5 ☐ OTHER | 5 ☐ OTHER ☐ |

**METHODS OF OPERATION**

**VICTIM**

**NO.** 001  **TOTAL VICTIMS** 006  **NAME (Last, First, Middle)** Wray, Terrance Ronnell  **PHONE**

**ADDRESS (Street, Apt, City, State, Zip)** 327 Pagoda Court  Pickerington, OH 43147  **PHONE** (614) 404-4959

**EMPLOYER NAME AND ADDRESS (Street, Apt, City, State, Zip)** **PHONE**

| AGE / DOB | SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|
| 34  12/30/1981 | M | ☒ W ☐ B ☐ ... U | 602 | 238 | BLK | BRO |

**OCCUPATION**  **SSN** ☐ POLICE OFFICERS (IN THE LINE OF DUTY)

**RESIDENT STATUS** ☒ RESIDENT ☐ MILITARY ☐ OTHER ☐ TOURIST ☐ STUDENT ☐ UNKNOWN ☐ SOCIETY, PUBLIC ☐ OTHER ☐ UNKNOWN

**VICTIM TYPE** ☒ INDIVIDUAL ☐ BUSINESS ☐ FINANCIAL INSTITUTION ☐ GOVERNMENT ☐ POLICE OFFICERS (IN THE LINE OF DUTY) ☐ RELIGIOUS ORGANIZATION

**VICTIM INJURED?** ☐ Y ☐ N  IF INJURED, DESCRIBE INJURIES

**ASSAULT / HOMICIDE CIRCUM.**  **VICT/OFF RELAT** __  **VICTIM LINKED TO OFFENDER NO(S)** 01  **VICTIM LINKED TO OFFENSE NO(S)** 01  **DATE**

My signature verifies that the information on this report is accurate and true.

**REPORTING OFFICER** Fries, Nathan  **BADGE NO.** 413  **DATE** 6/05/2016

**APPROVING OFFICER** Haroon, Ibrahim  **BADGE NO.** 406  **DATE** 6/14/2016

**FOLLOW-UP?** ☐ Y ☒ N  If yes, follow-up assignment:

**ADDITIONAL SUPPLEMENTS** ☐ VICTIM / WITNESS ☒ SUSPECT / ARREST ☒ PROPERTY ☒ NARRATIVE ☐ STATEMENT ☐ OTHER  **FORM RECEIVED BY:** ☐ INTELLIGENCE ☐ INVESTIGATION ☐ RECORDS  **SPECIAL COPIES**

**INCIDENT NUMBER C-16-1059**

**EXHIBIT D**

# INCIDENT REPORT - PART 2

| | |
|---|---|
| INCIDENT LOCATION | INCIDENT NUMBER C-16-1059 |
| 147 LONGLEAF ST PICKERINGTON, OH 43147 | REPORT DATE / TIME 6/05/2016 0816 |

**REPORTEE**

| NO. 001 | NAME (Last, First, Middle) Strahler, Keith M | AGE/D.O.B. 37 Y 2/26/1979 | SSN | |
|---|---|---|---|---|
| ADDRESS (Street, Apt. City, State, Zip) 147 Longleaf St Pickerington OH 43147 | | | | PHONE (614) 506-5591 |
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip) Ferguson Water Works 3845 Groveport RD Columbus, OH 43207 | | | | PHONE (614) 497-2323 |
| STATEMENT OBTAINED ☒Y ☐N TYPE ☒WRITTEN ☐ORAL ☐TAPED ☐OTHER | | CHECK CATEGORIES ☐STOLEN ☐RECOVERED ☐IMPOUNDED ☐RECEIVED ☐SUSPECT VEH ☒VICTIM'S VEH ☐UNAUTH. USE ☐ABANDONED | | VALUE $1.00 |

**VEHICLE**

| NO. 1 | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC GIV1306 | LIS OH | LIY 9/21/2016 | LIT PC | VIN / CAN 2G1FL1EP4E9801355 | |
|---|---|---|---|---|---|---|---|
| YR 2014 | VMA CHEV | VMO CAM | VST | VCO | TOP RED BOTTOM BLK | VEHICLE LOCKED ☐Y KEYS IN ☐N VEHICLE | ☐Y HOLD ☐N VEHICLE ☐Y RELEASE ☐N CONTENT ☐Y ☐N |
| VEHICLE ASSOC. W SUSPECT NO. | VEHICLE ASSOC. W VICTIM NO. 1 | VEHICLE TOWED? ☐Y ☒N | TOWED BY | | | OWNERSHIP VERIFIED BY: ☐TAG RECEIPT ☐BILL OF SALE | ☐TITLE ☐OTHER |
| STOLEN MOTOR VEHICLE ONLY NO. STOLEN | AREA STOLEN: ☐RESID. ☐BUSINESS ☐RURAL | ADDITIONAL DESCRIPTION Wray | | | | | PHONE |
| AUTO INSURER NAME (Company) ADDRESS (Street, City, State, Zip) | | | | | | | |
| MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐Y ☐N WHERE RECOVERED? 0 | | | | TOTAL VALUE $8,942.00 |

**PROPERTY**

TYPE PROPERTY, LOSS / ETC., (enter codes below)
1 NONE 3 COUNTERFEITED / FORGED 6 STOLEN / ETC. 7 RECOVERED P PHOTO
2 BURNED 4 DESTROYED / DAMAGED / VANDALIZED 6 SEIZED U UNKNOWN E EVIDENCE

| LOSS CODE E | QUANTITY 1 | DESCRIPTION Fingerprint | | | PROP CODE 10 | VALUE |
|---|---|---|---|---|---|---|
| | VEH NO. | MAKE / BRAND Fingerprint | | MODEL | | DATE RECOVERED |
| | SERIAL NUMBER | | NCIC NUMBER | | OTHER NUMBER | |

| LOSS CODE 6 | QUANTITY 1 | DESCRIPTION Amplifier (Wray) | | | PROP CODE 19 | VALUE $1.00 |
|---|---|---|---|---|---|---|
| | VEH NO. | MAKE / BRAND | | MODEL | | DATE RECOVERED |
| | SERIAL NUMBER | | NCIC NUMBER | | OTHER NUMBER | |

| LOSS CODE 6 | QUANTITY 1 | DESCRIPTION Suitcase with various clothes (Wray) | | | PROP CODE 11 | VALUE $1.00 |
|---|---|---|---|---|---|---|
| | VEH NO. | MAKE / BRAND | | MODEL | | DATE RECOVERED |
| | SERIAL NUMBER | | NCIC NUMBER | | OTHER NUMBER | |

| LOSS CODE 6 | QUANTITY 1 | DESCRIPTION Laptop (Wray) | | | PROP CODE 17 | VALUE $1.00 |
|---|---|---|---|---|---|---|
| | VEH NO. | MAKE / BRAND Macintosh (Apple) | | MODEL | | DATE RECOVERED |
| | SERIAL NUMBER | | NCIC NUMBER | | OTHER NUMBER | |

PROPERTY CODES:
EXCHANGE MEDIUMS:
01 Money
02 Credit / Debit Card
03 Negotiable Instruments
04 Other Exchange Mediums
DOCUMENTS
05 Non-Negotiable Instruments
06 Personal Papers
07 Other Documents

VALUABLES
08 Jewelry / Precious Metals
09 Art Objects, Antiques
10 Other Valuables
PERSONAL EFFECTS
11 Clothing Furs
12 Purses / Handbags / Wallets
13 Other Personal Effects
HOUSEHOLD ITEMS
14 Household Items
EQUIPMENT
15 Drug / Narcotic Equip.

16 Gambling Equipment
17 Computer Hardware / Soft.
18 Office Equipment
19 Stereo / TV Equip.
20 Recordings Audio / Vis.
21 Sports Equipment
22 Photographic Equip.
23 Farm Equipment
24 Heavy Construction / Industrial
25 Building Supplies - Const.
26 Tools
27 Vehicle Parts / Acces.

28 School Supplies
29 Other Equipment
CONSUMABLE ITEMS
30 Alcohol
31 Drugs / Narcotics
32 Consumable Goods
ANIMALS
33 Livestock
34 Household Pets
VEHICLES
35 Aircraft

36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers
41 Watercraft
42 Recreational Veh.
43 Other Motor Veh.
WEAPONS
44 Firearms
45 Other Weapons

STRUCTURES
46 Single Occupancy
47 Other Dwellings
48 Commercial / Bus.
49 Indus. / Mfg.
50 Public / Comm.
51 Storage
52 Other Structure
OTHER
53 Merchandise
54 Other Property
55 Pending Inventory

**NARRATIVE**

6/5/2016

Multiple thefts from vehicles in the Fox Glen housing development.

# SUSPECT / ARRESTEE SUPPLEMENT

INCIDENT NO. C-16-1959

INCIDENT DATE / TIME 6/05/2016 0616

**OFFENSE** Theft - without consent

CHARGES FILED? ☐Y ☑N

**VICTIM** Wray, Terrance Ronnell

**CHECK APPROPRIATE CATEGORY**

NO. 1

☐ ADULT ☐ JUVENILE ☐ SUSPECT ☐ ARRESTEE ☐ SUSPECT / ARRESTEE ☐ RUNAWAY ☐ MISSING ☑ OTHER

SSN

NAME (Last, First, Middle) **Unknown,**

GANG AFFILIATION

ALIAS

PHONE

ADDRESS (Street, Apt, City, State, Zip)

PHONE

EMPLOYER NAME AND ADDRESS (Street, Apt, City, State, Zip)

OCCUPATION / SCHOOL

PLACE OF BIRTH

DL# / STATE

| SEX M | RACE W | HGT 510 | WGT 170 | HAIR BRO | EYES U |
|---|---|---|---|---|---|

AGE / D.O.B.

MARITAL STATUS N

SCARS, MARKS, TATTOOS

ADDITIONAL DESCRIPTIVES

SUSPECTED OF USING: ☐ ALCOHOL ☐ DRUGS

POTENTIAL INJURIES

☑ UNKNOWN

RESIDENT STATUS 01 ☐ RESIDENT 02 ☐ TOURIST 03 ☐ MILITARY 04 ☐ STUDENT 05 ☐ OTHER

TYPE WEAPON USED / ARRESTEE WAS ARMED WITH:

SUSPECT USED 1. **99** 2. 3.

ARRESTEE ARMED WITH 1. 2. 3.

- 99 ☐ NONE
- 11 ☐ FIREARM
- 12 ☐ HANDGUN
- 12A ☐ AUTOMATIC HANDGUN
- 13 ☐ RIFLE
- 13A ☐ FULLY AUTOMATIC RIFLE
- 13B ☐ OTHER FULLY AUTOMATIC FIREARM
- 14 ☐ SHOTGUN
- 15 ☐ OTHER FIREARM
- 15A ☐ SEMI-AUTOMATIC SPORTING RIFLE
- 15B ☐ SEMI-AUTOMATIC ASSAULT FIREARM
- 15C ☐ MACHINE PISTOL
- 16 ☐ IMITATION FIREARM
- 17 ☐ SIMULATED FIREARM
- 18 ☐ BB / PELLET GUN
- 20 ☐ KNIFE / CUTTING INSTRUMENT
- 35 ☐ BLUNT OBJECT
- 35 ☐ MOTOR VEHICLE
- 40 ☐ PERSONAL WEAPON
- 50 ☐ POISON
- 60 ☐ EXPLOSIVES
- 65 ☐ FIRE / INCENDIARY DEVICE
- 70 ☐ DRUGS / NARC / SLEEPING PILLS
- 80 ☐ OTHER WEAPON
- 85 ☐ ASPHYXIATION
- U ☐ UNKNOWN

ASSOC

| NAME | ADDRESS (Street, Apt, City, State, Zip) | PHONE |
|---|---|---|
| 1. | 1. | 1. |
| 2. | 2. | 2. |

ARREST INFORMATION

ARREST / OFFENSE DESCRIPTION

| ARREST / OFFENSE CODE | F / M & DEGREE | ARREST LARCENY TYPE |
|---|---|---|
| 1. | 1. | 23A ☐ POCKET PICKING |
| 2. | 2. | 23B ☐ PURSE SNATCHING |
| 3. | 3. | 23C ☐ SHOPLIFTING |
| 4. | 4. | 23D ☐ THEFT FROM BUILDING |
| 5. | 5. | 23E ☐ THEFT FROM COIN-OP MACH. |
| 6. | 6. | 23F ☐ THEFT FROM MOTOR VEH. |
| | | 23G ☐ MOTOR VEH. PART |
| | | 23U ☐ THEFT OF MOTOR VEHICLE |
| | | 23H ☐ OTHER: |

ARREST DATE

TIME

ARREST LOCATION (Street, Apt, City, State, Zip)

BAIL

ARREST / TRANSACTION NUMBER

WARRANT NUMBER

ARREST DISPOSITION

TIME READ

MIRANDA WITNESSED BY:

FINGERPRINTED ☐Y ☐N

FINGERPRINT CARD NO.

PHOTOS TAKEN ☐Y ☐N

NO. TAKEN

PHOTO ID NO.

FBI / BCI #

ARREST / PBI ☐ IN-PROGRESS ☐ COMPLAINT ☐ WARRANT

SUMMONS ☐ ORDER OF PROTECTION

50 ☐ CUSTODY 60 ☐ OTHER

MULTIPLE ARREST INDICATOR ☐ COUNT ARRESTEE ☐ MULTIPLE ARREST INDICATOR

☐ N/A

JUVENILE DISPOSITION ☐ HANDLED WITHIN DEPT. ☐ REFERRED TO OTHER AUTHORITIES

☐ N/A

JUV. PARENT / GDN. NOTIFIED ☐Y ☐N

DATE / TIME NOTIFIED

NOTIFIED BY

RELATIONSHIP

PHONE

PARENT / GUARDIAN ADDRESS (Street, Apt, City, State, Zip)

RELATIONSHIP

PHONE

PARENT / GUARDIAN ADDRESS (Street, Apt, City, State, Zip)

DATE / TIME ENTERED

PREVIOUS RUN / MISS ☐Y ☐N

DATE OF LAST CONTACT

DATE OF EMANCIPATION

NCIC #

LAST SEEN WEARING

| | BADGE NO. | DATE |
|---|---|---|
| REPORTING OFFICER / ARRESTING OFFICER **Fries, Nathan** | 413 | 6/05/2016 |
| APPROVING OFFICER **Haroon, Ibrahim** | 406 | 6/14/2016 |
| COURT | | COURT DATE |

# VICTIM / WITNESS SUPPLEMENT

| | | |
|---|---|---|
| VICTIM **Wray, Terrance Ronnell** | OFFENSE **Theft - without consent** | INCIDENT NUMBER C-16-1059 |
| | | INCIDENT DATE / TIME 6/05/2016  0616 |

**VICTIM**

| NO. 2 | TOTAL 6 | NAME (Last, First, Middle) **Miller, Chanara L** | | PHONE **(614) 452-0459** |
|---|---|---|---|---|
| ADDRESS (Street, Apt., City, State, Zip) **327 Pagoda Court  Pickerington, OH 43147** | | | | PHONE |
| EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | | | |

| AGE / DOB **34 YRS  5/03/1982** | SEX ☒ M ☐ F | RACE ☐ B ☒ W ☐ O ☐ A ☐ U | HGT **5' 2"** | WGT **137** | HAIR **BRO** | EYES **BRO** |
|---|---|---|---|---|---|---|

| OCCUPATION | SSN | RESIDENT STATUS ☒ RESIDENT  1 ☐ TOURIST  2 ☐ UNKNOWN  3 | ☐ MILITARY  4 ☐ STUDENT  5 ☐ SOCIETY / PUBLIC  6 | ☐ OTHER  7 ☐ UNKNOWN  0 |
|---|---|---|---|---|

| VICTIM TYPE | I ☒ INDIVIDUAL  B ☐ BUSINESS | F ☐ FINANCIAL INSTITUTION  G ☐ GOVERNMENT | P ☒ POLICE OFFICER (IN THE LINE OF DUTY)  R ☐ RELIGIOUS ORGANIZATION | |
|---|---|---|---|---|

| VICTIM INJURED? | | | |
|---|---|---|---|
| AGG. ASLT. / HOMICIDE CIRC. | VICT. / OFF. RELATIONSHIP **Stranger** | VICTIM LINKED TO OFFENSE NO(S) | VICTIM LINKED TO OFFENSE NO(S) |
| My signature verifies that the information on this report is accurate and true. | | | DATE |

**VICTIM**

| NO. 3 | TOTAL 6 | NAME (Last, First, Middle) **FORTNEY, JOHN** | | PHONE **(614) 570-7131** |
|---|---|---|---|---|
| ADDRESS (Street, Apt., City, State, Zip) **151 LONGLEAF ST  PICKERINGTON, OH 43147 7940** | | | | PHONE |
| EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) **Ohio Senate  1 Capital SQR Columbus, OH 43147** | | | | |

| AGE / DOB **48 YRS  5/04/1968** | SEX ☒ M ☐ F | RACE ☐ B ☒ W ☐ O ☐ A ☐ U | HGT **6' 1"** | WGT **200** | HAIR **BRO** | EYES **GRN** |
|---|---|---|---|---|---|---|

| OCCUPATION **Other** | SSN | RESIDENT STATUS ☒ RESIDENT  1 ☐ TOURIST  2 ☐ UNKNOWN  3 | ☐ MILITARY  4 ☐ STUDENT  5 ☐ SOCIETY / PUBLIC  6 | ☐ OTHER  7 ☐ UNKNOWN  0 |
|---|---|---|---|---|

| VICTIM TYPE | I ☒ INDIVIDUAL  B ☐ BUSINESS | F ☐ FINANCIAL INSTITUTION  G ☐ GOVERNMENT | P ☒ POLICE OFFICER (IN THE LINE OF DUTY)  R ☐ RELIGIOUS ORGANIZATION | |
|---|---|---|---|---|

| VICTIM INJURED? | | | |
|---|---|---|---|
| AGG. ASLT. / HOMICIDE CIRC. | VICT. / OFF. RELATIONSHIP **Stranger** | VICTIM LINKED TO OFFENSE NO(S) | VICTIM LINKED TO OFFENSE NO(S) |
| My signature verifies that the information on this report is accurate and true. | | | DATE |

**WITNESS**

| NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|
| ADDRESS (Street, Apt., City, State, Zip) | | | PHONE |
| EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | | PHONE |
| STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | | |

**WITNESS**

| NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|
| ADDRESS (Street, Apt., City, State, Zip) | | | PHONE |
| EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | | PHONE |
| STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | | |

**WITNESS**

| NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|
| ADDRESS (Street, Apt., City, State, Zip) | | | PHONE |
| EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | | PHONE |
| STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | | |

**WITNESS**

| NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|
| ADDRESS (Street, Apt., City, State, Zip) | | | PHONE |
| EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | | PHONE |
| STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | | |

| REPORTING OFFICER **Fries, Nathan** | BADGE NO. **413** | DATE **6/05/2016** |
|---|---|---|
| APPROVING OFFICER **Haroon, Ibrahim** | BADGE NO. **406** | DATE **6/14/2016** |

# VICTIM / WITNESS SUPPLEMENT

| | | |
|---|---|---|
| | INCIDENT NUMBER C-16-1059 | |
| OFFENSE Theft - without consent | INCIDENT DATE / TIME 6/05/2016   0816 | |

**VICTIM** Wray, Terrance Ronnell

| NO. 4 | TOTAL 6 | NAME (Last, First, Middle) MANALAC, ALICIA | | PHONE (740) 407-0260 |
|---|---|---|---|---|
| | | | | PHONE |

ADDRESS (Street, Apt., City, State, Zip)
309  LINDEN CIR  PICKERINGTON, OH 43147 7942

EMPLOYER NAME AND ADDRESS (Street, City, State, Zip)
Unknown

| AGE / DOB  35 YRS  9/15/1980 | SEX F | RACE W | HGT 5' 9" | WGT 130 | HAIR BRO | EYES BRO |
|---|---|---|---|---|---|---|

OCCUPATION Unknown     SSN

RESIDENT STATUS: ☒ RESIDENT ☐ TOURIST ☐ MILITARY ☐ STUDENT ☐ SOCIETY / PUBLIC ☐ OTHER ☐ UNKNOWN

VICTIM TYPE: I ☒ INDIVIDUAL  F ☐ FINANCIAL INSTITUTION  P ☐ POLICE OFFICER (IN THE LINE OF DUTY)  B ☐ BUSINESS  G ☐ GOVERNMENT  R ☐ RELIGIOUS ORGANIZATION  U ☐ UNKNOWN

VICTIM INJURED?

AGG. ASLT / HOMICIDE CIRC.     VICT / OFF RELATIONSHIP: Stranger     VICTIMS LINKED TO OFFENDER NO(S)     VICTIMS LINKED TO OFFENSE NO(S) 1

My signature verifies that the information on this report is accurate and true.     DATE

---

| NO. 5 | TOTAL 6 | NAME (Last, First, Middle) Strahler, Keith M | | PHONE (614) 506-5591 |
|---|---|---|---|---|
| | | | | PHONE (614) 497-2323 |

ADDRESS (Street, Apt., City, State, Zip)
147  Longleaf St  Pickerington, OH 43147

EMPLOYER NAME AND ADDRESS (Street, City, State, Zip)
Ferguson Water Works  3846 Groveport RD  Columbus, OH 43207

| AGE / DOB  37 YRS  2/26/1979 | SEX M | RACE W | HGT 6' 2" | WGT 295 | HAIR BRO | EYES BRO |
|---|---|---|---|---|---|---|

OCCUPATION Sales Person     SSN

RESIDENT STATUS: ☒ RESIDENT ☐ TOURIST ☐ MILITARY ☐ STUDENT ☐ SOCIETY / PUBLIC ☐ OTHER ☐ UNKNOWN

VICTIM TYPE: I ☒ INDIVIDUAL  F ☐ FINANCIAL INSTITUTION  P ☐ POLICE OFFICER (IN THE LINE OF DUTY)  B ☐ BUSINESS  G ☐ GOVERNMENT  R ☐ RELIGIOUS ORGANIZATION  U ☐ UNKNOWN

VICTIM INJURED?

AGG. ASLT / HOMICIDE CIRC.     VICT / OFF RELATIONSHIP: Stranger     VICTIMS LINKED TO OFFENDER NO(S)     VICTIMS LINKED TO OFFENSE NO(S) 1

My signature verifies that the information on this report is accurate and true.     DATE

---

| W I T N E S S | NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|---|
| | | | | PHONE |
| | ADDRESS (Street, Apt., City, State, Zip) | | | PHONE |
| | EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | | |
| | STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | | |

| W I T N E S S | NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|---|
| | | | | PHONE |
| | ADDRESS (Street, Apt., City, State, Zip) | | | PHONE |
| | EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | | |
| | STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | | |

| W I T N E S S | NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|---|
| | | | | PHONE |
| | ADDRESS (Street, Apt., City, State, Zip) | | | PHONE |
| | EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | | |
| | STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | | |

| W I T N E S S | NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|---|
| | | | | PHONE |
| | ADDRESS (Street, Apt., City, State, Zip) | | | PHONE |
| | EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | | |
| | STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | | |

| REPORTING OFFICER | Fries, Nathan | BADGE NO. 413 | DATE 6/05/2016 |
|---|---|---|---|
| APPROVING OFFICER | Haroon, Ibrahim | BADGE NO. 406 | DATE 6/14/2016 |

# VICTIM / WITNESS SUPPLEMENT

| | | |
|---|---|---|
| | OFFENSE **Theft - without consent** | INCIDENT NUMBER **C-16-1059** |
| | | INCIDENT DATE / TIME **6/05/2016    0616** |

**VICTIM** Wray, Terrance Ronnell

## VICTIM (No. 6)

| NO. 6 | TOTAL 6 | NAME (Last, First, Middle) **Strahler, Cynthia D** | |
|---|---|---|---|
| | | | PHONE **(614) 506-6591** |
| ADDRESS (Street, Apt., City, State, Zip) **147  Longleaf St  Pickerington, OH 43147** | | | PHONE |

| EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) **Unknown** | | HGT | WGT | HAIR **BLN** | EYES **BLU** |
|---|---|---|---|---|---|

| AGE / DOB **39 YRS  3/12/1977** | SEX **F** | RACE ☐ B ☐ A ☒ W ☐ I ☐ U | HGT **5' 7"** | WGT **132** | | |
|---|---|---|---|---|---|---|

RESIDENT STATUS: 1 ☒ RESIDENT  2 ☐ TOURIST  3 ☐ MILITARY  4 ☐ STUDENT  5 ☐ OTHER  6 ☐ UNKNOWN  A ☐ SOCIETY / PUBLIC  O ☐ OTHER

OCCUPATION **Other**    SSN [redacted]

VICTIM TYPE: I ☒ INDIVIDUAL  B ☐ BUSINESS  F ☐ FINANCIAL INSTITUTION  G ☐ GOVERNMENT  P ☐ POLICE OFFICER (IN THE LINE OF DUTY)  R ☐ RELIGIOUS ORGANIZATION  S ☐ SOCIETY / PUBLIC  U ☐ UNKNOWN

VICTIM INJURED?

AGG. ASLT / HOMICIDE CIRC.

VICT. / OFF. RELATIONSHIP **Stranger**    VICTIM LINKED TO OFFENDER NO(S)    VICTIM LINKED TO OFFENSE NO(S)    DATE

My signature verifies that the information on this report is accurate and true.

## VICTIM (blank)

| NO. | TOTAL | NAME (Last, First, Middle) | |
|---|---|---|---|
| | | | PHONE |
| ADDRESS (Street, Apt., City, State, Zip) | | | PHONE |

| EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | HGT | WGT | HAIR | EYES |
|---|---|---|---|---|---|

| AGE / DOB | SEX | RACE ☐ B ☐ A ☐ W ☐ I ☐ U | HGT | WGT | | |
|---|---|---|---|---|---|---|

RESIDENT STATUS: 1 ☐ RESIDENT  2 ☐ TOURIST  3 ☐ MILITARY  4 ☐ STUDENT  5 ☐ OTHER  6 ☐ UNKNOWN  A ☐ SOCIETY / PUBLIC  O ☐ OTHER

OCCUPATION    SSN

VICTIM TYPE: I ☐ INDIVIDUAL  B ☐ BUSINESS  F ☐ FINANCIAL INSTITUTION  G ☐ GOVERNMENT  P ☐ POLICE OFFICER (IN THE LINE OF DUTY)  R ☐ RELIGIOUS ORGANIZATION  S ☐ SOCIETY / PUBLIC  U ☐ UNKNOWN

VICTIM INJURED?

AGG. ASLT / HOMICIDE CIRC.

VICT. / OFF. RELATIONSHIP    VICTIM LINKED TO OFFENDER NO(S)    VICTIM LINKED TO OFFENSE NO(S)    DATE

My signature verifies that the information on this report is accurate and true.

## WITNESS

| NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|
| | ADDRESS (Street, Apt., City, State, Zip) | | PHONE |
| | | | PHONE |
| | EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | |
| | STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | |

| NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|
| | ADDRESS (Street, Apt., City, State, Zip) | | PHONE |
| | | | PHONE |
| | EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | |
| | STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | |

| NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|
| | ADDRESS (Street, Apt., City, State, Zip) | | PHONE |
| | | | PHONE |
| | EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | |
| | STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | |

| NO. | NAME (Last, First, Middle) | AGE / D.O.B. | SSN |
|---|---|---|---|
| | ADDRESS (Street, Apt., City, State, Zip) | | PHONE |
| | | | PHONE |
| | EMPLOYER NAME AND ADDRESS (Street, City, State, Zip) | | |
| | STATEMENT OBTAINED ☐ Y ☐ N  TYPE ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER | | |

| REPORTING OFFICER **Fries, Nathan** | BADGE NO. **413** | DATE **6/05/2016** |
|---|---|---|
| APPROVING OFFICER **Haroon, Ibrahim** | BADGE NO. **406** | DATE **6/14/2016** |

# PROPERTY SUPPLEMENT

| | |
|---|---|
| **INCIDENT NO.** | C-16-1059 |
| **INCIDENT DATE / TIME** | 6/05/2016  0616 |

| VICTIM | OFFENSE |
|---|---|
| Wray, Terrance Ronnell | Theft - without consent |

TYPE PROPERTY (enter codes below)  1 NONE  3 COUNTERFEITED / FORGED  5 STOLEN / ETC.  7 RECOVERED  9 PHOTO.
LOSS / ETC.  2 BURNED  4 DESTROYED / DAMAGED / VANDALIZED  6 SEIZED  0 UNKNOWN  E EVIDENCE

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION (Wray) | PROP CODE 17 | VALUE $1.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND Apple | MODEL Ipad | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION Necklass, Bracelt, Diamond Ring (Wray) | PROP CODE 8 | VALUE $1.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND | MODEL | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION Currency (Miller) | PROP CODE 1 | VALUE $1,700.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND | MODEL | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION Debit Card (Miller) | PROP CODE 2 | VALUE $1.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND US Bank | MODEL | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION Purse (Miller) | PROP CODE 12 | VALUE $1.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND | MODEL | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION Phone (Miller) | PROP CODE 54 | VALUE $1.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND T-Mobile | MODEL | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION Silver 2004 Toyota RAV4, VIN JTEGD20V840021545 | PROP CODE 10 | VALUE $4,500.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND 2004 Toyota | MODEL RAV4 | DATE RECOVERED |
| | SERIAL NUMBER JTEGD20V840021545 | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION Old pocket watch $50, Gold Buliva watch $100, Brown Jack Victor Suit $700, Brown Penny Loafers $75 | PROP CODE 10 | VALUE $925.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND Items in Vehice | MODEL Misc | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION (1) Evenflo Booster Seat black w/ blue trim | PROP CODE 10 | VALUE $37.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND Evenflo | MODEL Booster Seat | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE 5 | QUANTITY 1 | DESCRIPTION STRAHLER | PROP CODE 17 | VALUE $1,000.00 |
|---|---|---|---|---|
| | VEH | MAKE / BRAND HP ELITE BOOK | MODEL LAP TOP | DATE RECOVERED |
| | SERIAL NUMBER CNU311BBNH | NCIC NUMBER | OTHER NUMBER | |

**PROPERTY CODES:**

**EXCHANGE MEDIUMS**
01 Money
02 Credit / Debit Card
03 Negotiable Instruments
04 Other Exchange Medium

**DOCUMENTS**
05 Non-Negotiable Instruments
06 Personal Papers
07 Other Documents

**VALUABLES**
08 Jewelry / Precious Metals
09 Art Object / Antiques
10 Other Valuables

**PERSONAL EFFECTS**
11 Clothing / Furs
12 Purses / Handbags / Wallets
13 Other Personal Effects

**HOUSEHOLD ITEMS**
14 Household Items

**EQUIPMENT**
15 Drug / Narcotic Equip.
16 Gambling Equip.
17 Comp. Hardware / Soft.
18 Office Equip.
19 Stereo / T.V. Equip.
20 Recordings / Audio Vis.
21 Sports Equipment

22 Photographic Equip.
23 Farm Equipment
24 Heavy Construction / Industrial
25 Building Supplies
26 Tools
27 Vehicle Parts / Acces.
28 School Supplies
29 Other Equipment

**CONSUMABLE ITEMS**
30 Alcohol
31 Drugs / Narcotics
32 Consumable Goods

**ANIMALS**
33 Livestock
34 Household Pets

**VEHICLES**
35 Aircraft
36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers
41 Watercraft
42 Recreational Veh.
43 Other Motor Veh.

**WEAPONS**
44 Firearms
45 Other Weapons

**STRUCTURES**
46 Single Occupancy
47 Other Dwellings
48 Commercial / Bus.
49 Indus. / Mfg.
50 Public / Comm.
51 Storage
52 Other Structures

**OTHER**
53 Merchandise
54 Other Property
55 Pending Inventory

# PROPERTY SUPPLEMENT

| | | INCIDENT NO. C-16-1059 |
|---|---|---|

**VICTIM** Wray, Terrance Ronnell
**OFFENSE** Theft - without consent
**INCIDENT DATE / TIME** 6/05/2016  0616

TYPE PROPERTY (enter codes below)
1 NONE  3 COUNTERFEITED / FORGED  6 STOLEN / ETC  P. PHOTO
2 BURNED  4 DESTROYED / DAMAGED / VANDALIZED  8 SEIZED  E. EVIDENCE
RECOVERED  U. UNKNOWN

| LOSS CODE | QUANTITY | DESCRIPTION | VEH | MAKE / BRAND | MODEL | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | PROP CODE | VALUE | DATE RECOVERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | STRAHLER | | E BAGS | BAG | | | | 10 | $85.00 | |
| 5 | 1 | STRAHLER | | 2014-2015 TAX RETURNS | | | | | 6 | $1.00 | |
| 5 | 1 | STRAHLER | | GIFT CARD | MISC | | | | 10 | $300.00 | |
| 5 | 1 | STRAHLER | | COACH | SUNGLASSES WOMENS | | | | 10 | $85.00 | |
| 5 | 1 | STRAHLER | | BOSE HEAD PHONES | QUIET COMFORT | | | | 10 | $300.00 | |
| 5 | 1 | Strahler | | 2014-2015 Tax Returns | | | | | 6 | $1.00 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**PROPERTY CODES:** (omitted)

# VEHICLE SUPPLEMENT

| INCIDENT NUMBER | C-16-1059 |
|---|---|
| INCIDENT DATE / TIME | 6/05/2016  0616 |

| VICTIM | OFFENSE | |
|---|---|---|
| Wray, Terrance Ronnell | Theft - without consent | |

---

**CHECK CATEGORIES** ☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☐ SUSPECT'S VEHICLE ☒ VICTIM'S VEHICLE ☐ UNAUTH. USE ☐ ABANDONED  VALUE $1.00

| NO. 1 | ☐ DAMAGE TO VEHICLE ☒ THEFT FROM VEHICLE | LIC GDH4366 | LIS OH | LIY 2/26/2018 | LIT PC | VIN / OAN 2B3KA43G66H491248 | VEHICLE LOCKED ☐Y ☐N | KEYS IN VEHICLE ☐Y ☐N | HOLD VEHICLE ☐Y ☐N | RELEASE CONTENTS ☐Y ☐N |
|---|---|---|---|---|---|---|---|---|---|---|
| VYR 2006 | VMA DODG | VMO | VMC CHA | VST | VCO BLK | | OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE | ☐ TITLE ☐ OTHER | |
| VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. 2 | | VEHICLE ☐Y TOWED TOWED? ☐Y ☒N BY | | ADDITIONAL DESCRIPTION Miller | | | | | |
| STOLEN MOTOR VEHICLE ONLY NO. STOLEN | AREA STOLEN ☐ RESID. ☐ BUSINESS ☐ RURAL | | | | | | | | PHONE | |

AUTO INSURER NAME (Company) AND ADDRESS (Street, City, State, Zip)

| MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐Y ☐N  WHERE RECOVERED? |
|---|---|---|---|

---

**CHECK CATEGORIES** ☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☐ SUSPECT'S VEHICLE ☐ VICTIM'S VEHICLE ☐ UNAUTH. USE ☐ ABANDONED  VALUE $1.00

| NO. 1 | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC GAB4994 | LIS OH | LIY | LIT PC | VIN / OAN JTEGD20V840021545 | VEHICLE LOCKED ☐Y ☐N | KEYS IN VEHICLE ☒Y ☐N | HOLD VEHICLE ☐Y ☐N | RELEASE CONTENTS ☐Y ☐N |
|---|---|---|---|---|---|---|---|---|---|---|
| VYR 2004 | VMA TOYT | VMO | VMC RAV | VST | VCO SIL | | OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE | ☐ TITLE ☐ OTHER | |
| VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. 3 | | VEHICLE ☐Y TOWED TOWED? ☐Y ☒N BY | | ADDITIONAL DESCRIPTION | | | | | |
| STOLEN MOTOR VEHICLE ONLY NO. STOLEN | AREA STOLEN ☒ RESID. ☐ BUSINESS ☐ RURAL | | | | | | | | PHONE | |

AUTO INSURER NAME (Company) AND ADDRESS (Street, City, State, Zip)

| MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. 6/05/2016 | STOLEN IN YOUR JURISDICTION ☒Y ☐N  WHERE RECOVERED?  Fox Glen Dr E Pickerington O |
|---|---|---|---|

---

**CHECK CATEGORIES** ☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☐ SUSPECT'S VEHICLE ☐ VICTIM'S VEHICLE ☐ UNAUTH. USE ☐ ABANDONED  VALUE $1.00

| NO. 1 | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC GEA9199 | LIS OH | LIY | LIT PC | VIN / OAN 1GNKRGED7BJ231825 | VEHICLE LOCKED ☐Y ☐N | KEYS IN VEHICLE ☐Y ☐N | HOLD VEHICLE ☐Y ☐N | RELEASE CONTENTS ☐Y ☐N |
|---|---|---|---|---|---|---|---|---|---|---|
| VYR 2011 | VMA CHEV | VMO | VMC TRAV | VST | VCO | | OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE | ☐ TITLE ☐ OTHER | |
| VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. 4 | | VEHICLE ☐Y TOWED TOWED? ☐Y ☒N BY | | ADDITIONAL DESCRIPTION | | | | | |
| STOLEN MOTOR VEHICLE ONLY NO. STOLEN | AREA STOLEN ☐ RESID. ☐ BUSINESS ☐ RURAL | | | | | | | | PHONE | |

AUTO INSURER NAME (Company) AND ADDRESS (Street, City, State, Zip)

| MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐Y ☐N  WHERE RECOVERED? |
|---|---|---|---|

---

**CHECK CATEGORIES** ☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☐ SUSPECT'S VEHICLE ☐ VICTIM'S VEHICLE ☐ UNAUTH. USE ☐ ABANDONED  VALUE $1.00

| NO. 2 | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC FWK8123 | LIS OH | LIY | LIT | VIN / OAN 1YVFP80C235M32525 | VEHICLE LOCKED ☐Y ☐N | KEYS IN VEHICLE ☐Y ☐N | HOLD VEHICLE ☐Y ☐N | RELEASE CONTENTS ☐Y ☐N |
|---|---|---|---|---|---|---|---|---|---|---|
| VYR 2003 | VMA MAZD | VMO 6 | VMC | VST | VCO MAR | | OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE | ☐ TITLE ☐ OTHER | |
| VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. 4 | | VEHICLE ☐Y TOWED TOWED? ☐Y ☒N BY | | ADDITIONAL DESCRIPTION | | | | | |
| STOLEN MOTOR VEHICLE ONLY NO. STOLEN | AREA STOLEN ☐ RESID. ☐ BUSINESS ☐ RURAL | | | | | | | | PHONE | |

AUTO INSURER NAME (Company) AND ADDRESS (Street, City, State, Zip)

| MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐Y ☐N  WHERE RECOVERED? |
|---|---|---|---|

---

**CHECK CATEGORIES** ☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☐ SUSPECT'S VEHICLE ☒ VICTIM'S VEHICLE ☐ UNAUTH. USE ☐ ABANDONED  VALUE $1.00

| NO. 1 | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC 955YGN | LIS OH | LIY | LIT | VIN / OAN 1FTFW1ET4EFA10150 | VEHICLE LOCKED ☐Y ☐N | KEYS IN VEHICLE ☐Y ☐N | HOLD VEHICLE ☐Y ☐N | RELEASE CONTENTS ☐Y ☐N |
|---|---|---|---|---|---|---|---|---|---|---|
| VYR 2014 | VMA FORD | VMO F150 | VMC | VST | VCO | | OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE | ☐ TITLE ☐ OTHER | |
| VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. 5 | | VEHICLE ☐Y TOWED TOWED? ☐Y ☒N BY | | ADDITIONAL DESCRIPTION | | | | | |
| STOLEN MOTOR VEHICLE ONLY NO. STOLEN | AREA STOLEN ☐ RESID. ☐ BUSINESS ☐ RURAL | | | | | | | | PHONE | |

AUTO INSURER NAME (Company) AND ADDRESS (Street, City, State, Zip)

| MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐Y ☐N  WHERE RECOVERED? |
|---|---|---|---|

---

| REPORTING OFFICER  Fries, Nathan | 413 | DATE 6/05/2016 |
|---|---|---|
| APPROVING OFFICER  Haroon, Ibrahim | 406 | DATE 6/14/2016 |

# NARRATIVE SUPPLEMENT

| | | INCIDENT NUMBER |
| --- | --- | --- |
| | | C-16-1059 |

| VICTIM | OFFENSE | INCIDENT DATE / TIME |
| --- | --- | --- |
| Wray, Terrance Ronnell | Theft - without consent | 6/05/2016    0616 |

**Narrative Type: Dispatch Narrative**          **Topic: TRANSFERRED FROM CAD**

**Narrative Reporting Officer:    Dawes-Bailey, Melissa D8**
ITEMS TAKEN FROM VEHICLE
WHT FORD F150
NO 64D TO VEHICLE
955YGN // RJ229619
RU732178

C-16-1059

| REASON CLEARED | A ☐ DEATH OF OFFENDER | D ☐ VICTIM REFUSED TO COOP. | G ☐ ARREST - JUVENILE | J ☐ CLOSED | DATE CLEARED | |
| --- | --- | --- | --- | --- | --- | --- |
| | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE / NO CUSTODY | H ☐ WARRANT ISSUED | K ☐ UNFOUNDED | | |
| | C ☐ EXTRADITION DENIED | F ☐ ARREST - ADULT | I ☒ INVEST. PENDING | U ☐ UNKNOWN | 6/05/2016 | |
| REPORTING OFFICER | Fries, Nathan | | | BADGE NO.   413 | DATE | 6/05/2016 |
| APPROVING OFFICER | Haroon, Ibrahim | | | BADGE NO.   406 | DATE | 6/14/2016 |

# NARRATIVE SUPPLEMENT

INCIDENT NUMBER: C-16-1059

| VICTIM | OFFENSE | INCIDENT DATE / TIME |
|---|---|---|
| Wray, Terrance Ronnell | Theft - without consent | 6/05/2016  0616 |

**Narrative Type:  Supplement**                                    **Topic:**

**Narrative Reporting Officer:    Silvernail, David 408**
On 6/5/16 I responded to 327 Pagoda Court on a vehicle break in.

I met with Terrance Wray who stated he had three vehicles gone through in his driveway. The vehicles were left unlocked.

He stated he had returned home around 02:15 hrs and the vehicles were fine. He stated his girlfriend Chanara Miller left for work around 10:15 hours and noticed her purse missing from the Dodge. She ended up driving a Chevy Malibu to her work. The Chevy was not present at the time of the report and the information on the vehicle was unavailable and what may have been taken from it was unavailable. He was unable to contact Mrs. Miller due to her phone having been in the purse.

The first vehicle was a black Dodge Charger Ohio registration GDH4366, belongs to Mrs. Miller. Upon inspection the glove box and console were open. Mr. Wray stated Chanara's purse was taken from the vehicle. The purse contained $1700.00 in cash to pay their rent. He stated he was also aware of a US Debit card she owns and the T-Mobile phone (614) 452-0459 were in the purse. He does not know what else the purse contained. Mrs. Miller was unavailable for a statement.

The second vehicle was a 2014 Chevy Camaro Ohio registration GIV1306. The vehicle is registered to Keyonna Jordan. Mr. Wray stated an amplifier and suitcase were taken from the trunk. Upon inspection there were loose / bare wires on the left side of the trunk that appeared to have been pulled from an electronic device. Mr. Wray stated the suitcase contained a Macintosh (Apple) Laptop, I-pad, clothing, and a Cuban League necklace, bracelet and diamond ring. The interior of the vehicle looked like it had been gone through.

The third vehicle is a gray Chevy Malibu, the vehicle information or what may have been taken from it was unavailable at the time of the call. Mr. Wray stated her would call with the information.

Mr. Wray was asked to have Mrs. Miller call to give a statement as to what may have been in her purse. He was also advised to have any credit / debit cards cancelled. Mr. Wray will also be calling with dollar amounts for the items taken.

Nothing Further.

| REASON CLEARED | A ☐ DEATH OF OFFENDER | D ☐ VICTIM REFUSED TO COOP. | G ☐ ARREST - JUVENILE | J ☐ CLOSED | DATE CLEARED | |
|---|---|---|---|---|---|---|
| | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE / NO CUSTODY | H ☐ WARRANT ISSUED | K ☐ UNFOUNDED | 6/05/2016 | |
| | C ☐ EXTRADITION DENIED | F ☐ ARREST - ADULT | I ☒ INVEST. PENDING | U ☐ UNKNOWN | | |
| REPORTING OFFICER | Fries, Nathan | | | BADGE NO. 413 | DATE | 6/05/2016 |
| APPROVING OFFICER | Haroon, Ibrahim | | | BADGE NO. 406 | DATE | 6/14/2016 |

**PICKERINGTON POLICE DEPARTMENT**
1311 Refugee Road, Pickerington, Ohio 43147
614 575-6911
**Witness Statement**

Date: 6/5/16

ort #: C-16-1059

I, Terrance Wray , volunteer the following information of my own free will, for whatever purpose it may serve. No threats have been made to me, and no pressure of any kind has been used against me to acquire this statement which I make known to the Pickerington Police Department. Address: 327 Pagoda Ct. Pickerington OH 43147

Last night around 2115 pm I returned home from Buffalo wild wings. When I arrived I didn't notice anything out of place. This morning around 10:15 am. My My girlfriend noticed her purse was missing on her way to work. I came outside to learn that all 9 of our cars had been vandalized. Her purse was taken which contained rent money, cell phone, bank cards. In my camaro I'm missing a suitcase which contained clothes shoes jewelry. A laptop and Ipod and my amplifier was taken.

1. 0APMM Dodge Charger
   Dues. $1700 cash, US Bank Card, Phone (614-452-1959) r mobile

2. Camaro - Are from trunk, suitcase, laptop MAC (apple), clothing shoes, I pad, jewelry (cuban leave necklace, bracelet, ring) Diamond

3. Unknown if anything missing from Malibu (Gray)

I have read each page of my statement consisting of ___ page (s). Any corrections I have made have been initialed by me. My signature attests that the facts contained herein are true and correct:

X: Terrance Wray

Date: 5/Jun/16

OLN / State ID #: [redacted]    DOB: 12/30/81

Home Phone: ___
Cellular Phone: 614-595-6195

E-Mail Address: ___
ployer: Self    Occupation: ___
Work Phone: ___

mployer Address: ___

Officer: ___    Page ___ Of ___

**PICKERINGTON POLICE DEPARTMENT**
1311 Refugee Road, Pickerington, Ohio 43147
614 575-6911
**Witness Statement**

Report #: C5-16-1059     Date: 22 Jun 16

I, _Terrance Wray_, volunteer the following information of my own free will, for whatever purpose it may serve. No threats have been made to me, and no pressure of any kind have been used against me to acquire this statement which I make known to: _____ of the Pickerington Police Department. I verify that I am _34_ years of age and I reside

at: _327 Pagoda Ct._     in the City of
_Pickerington_    State of _OH_    Zip Code _43147_

Additional Addendum to Report C5-16-1059

On 5/Jun/16 My 2014 Camaro ZL1 was burglarized. My Louis Vuitton Damier Eole 60 rolling travel bag was taken. Inside it was miscellaneous clothes and shoes. There were also 2 pair of Cartier sunglasses. 1 pair Cartier Kerala wood & platinum and the other pair Cartier brooklyn wood and platinum. My girlfriend's Louis vuitton damier canvas trevi GM bag was stolen. It contained bank cards cash (1,700). My JL audio 1200/1 slash amp was stolen. JL audio 300/4 slash amp. JL audio C2 693 speakers were stolen. My JL C5 door speaker were damaged as they tried to remove them. My 10 carat rose gold ring was taken. My diamond (50 carats) cuban link necklace was taken, and my 50 carat 18k gold diamond bracelet was taken. My sound processor was also stolen from my car. My clothes were 3 robin jeans 3 robin shirts 2 gucci belts, 2 gucci shoes, and underwear and socks. ████████

I have read each page of my statement consisting of __1__ page (s). Any corrections I have made have been initialed by me. My signature attests that the facts contained herein are true and correct:

X: _Terrance Wray_    Date: _22 Jun 16_
OLN / State ID #: ████   DOB: _12/30/81_   Phone: _614-369-6696_
Witness: _____   Page ___ Of ___
Employer: _____ Occupation: _____ Phone: _____
Employer Address: _____

N:\office\commo\forms\witness